

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:              01-14-00025-CR

Trial Court Cause
Number:                    1356492

Style:                     Larry James Solomon

                           **v** The State of Texas

Date motion filed*:        December 31, 2014

Type of motion:            Second Motion to Extend Time to File Pro Se Response to Anders Brief

Party filing motion:       Appellant

Document to be filed:      Appellant's Pro Se Response to Anders Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:                    October 24, 2014

    Number of previous extensions granted:    1        Current Deadline: December 23, 2014

    Date Requested:                       Unspecified

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Michael Massengale
        ☒ Acting individually

Date: March 19, 2015